UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Hand & Nail Harmony, Inc., et al.,

       Plaintiff(s),
vs.

Guangzhou Shun Yan Cosmetics Co., Ltd., et al.,

       Defendant(s).

Case # 2:12-cv-01212-JCM-PAL

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the __Amended__ Complaint __September 12, 2013__
(Original, Amended, etc.)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Guangzhou Shun Yan Cosmetics Co., Ltd. d/b/a Shun Yun Cosmetics, Co., Ltd.__

in the above-entitled action is hereby entered.

DATED: November 27, 2013

LANCE S. WILSON, CLERK

By: /s/ Ari Caytuero

Deputy Clerk