Sheri M. Thome (Nevada Bar No. 8627)
J. Scott Burris (Nevada Bar No. 10529)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vega, NV 89101
Tel: (702) 727-1400/Fax: (702) 727-1401
Sheri.thome@wilsonelser.com
J.Scott.Burris@wilsonelser.com

Alejandro J. Fernandez (Pro Hac Vice)
FELDMAN GALE, P.A.
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Tel: (305)358-5001
afernandez@feldmangale.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAND & NAIL HARMONY, INC. and NAIL ALLIANCE, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GUANGZHOU SHUN YAN COSMETICS CO., LTD., DBA SHUN YAN COSMETICS, CO., LTD., CHUJIE PLASTIC CO, LTD. DBA YIWU HAIKANG COSMETIC BUSINESS, and<br><br>DOES 1-1000, inclusive<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-01212-JCM-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through undersigned counsel, hereby voluntarily dismiss without prejudice Defendants Chujie Plastic Co, LTD., d/b/a Yiwu Haikang Cosmetic Business, and DOES 3-1000.  Prior to the filing of this notice, none of these defendants have served either an answer or a motion for summary judgment.

The filing of this Notice of Voluntary Dismissal terminates the action as to Chujie Plastic Co, LTD., d/b/a Yiwu Haikang Cosmetic Business, and DOES 3-1000.  *See Wilson v. City of San*

678933v.1

*Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice. The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." (internal citations omitted)). Accordingly, the only remaining defendant in this action is Defendant Guangzhou Shun Yan Cosmetics Co., Ltd., d/b/a Shun Yan Cosmetics, Co., Ltd., against whom a Default was entered on November 27, 2013 [DE 34].

Dated: August 8, 2014                     Respectfully Submitted,

By: /s/Sheri M. Thome
Sheri M. Thome (Nevada Bar No. 8627)
J. Scott Burris (Nevada Bar No. 10529)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Tel: (702) 727-1400/ Fax: (702) 727-1401
Sheri.Thome@wilsonelser.com
J.Scott.Burris@wilsonelser.com
*Attorneys for Plaintiffs*

678933v.1

## **CERTIFICATE OF SERVICE**

1
2      I hereby certify that on this 8th day of August 2014, I electronically filed the foregoing
3 document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document
4 is being served this day on all counsel of record or other persons authorized to receive Notice of
5 Electronic Filing generated by CM/ECF.

          /s/Annemarie Gourley
          An Employee of
          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

678933v.1