UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Hand and Nail Harmony, Inc., et al.,  )
                                      )
              Plaintiff(s),           )
       vs.                            )   Case # 2:12-cv-01212-JCM-PAL
                                      )
                                      )
Guangzhou Shun Yan Cosmetics Co., Ltd. )   **DEFAULT**
                                      )
              Defendant(s).           )

It appearing from the records in the above-entitled action that Summons issued on the **Amended** Complaint **9/12/2012**
(Original, Amended, etc.)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants **Guangzhou Shun Yan Cosmetics Co., Ltd. in the total amount of $200,000.00.**

in the above-entitled action is hereby entered.

DATED: 7/15/2015                         LANCE S. WILSON, CLERK

                                         By: /s/ Danielle Cacciabaudo
                                         **Deputy Clerk**